IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES CLARK,<br><br>                    Plaintiff,<br><br>vs.<br><br>STATE OF ILLINOIS,<br>ST. CLAIR COUNTY,<br>CITY OF BELLEVILLE, ILLINOIS,<br>ANDREW GLEESON,<br>ALANA MEJIAS,<br>LLOYD CUETO,<br>KEVIN HOERNER,<br>JAMES GOMRIC,<br>MARY BERNEKING,<br>GERIC TIPSWORD,<br>OFFICER BECKER,<br>DETECTIVE GARRET,<br>UNKNOWN OFFICERS,<br><br>                    Defendants. | Case No. 26-cv-188-DWD |

## MEMORANDUM AND ORDER

**DUGAN, District Judge:**

Pursuant to 28 U.S.C. § 455, the undersigned judge hereby **RECUSES** himself from further proceedings in the above-captioned matter. The Clerk of Court has reassigned this case to United States District Judge Stephen P. McGlynn. All future documents shall be labeled: 26-cv-188-**SPM**.

**IT IS SO ORDERED.**

Dated: March 3, 2026

*s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge
